WERNER, Respondent, v. HEARST, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Melle S. T. Werner against William R. Hearst. No opinion. Order settled by certifying that a question of law is involved which ought to be reviewed by the Court of Appeals, under subdivision 2 of section 191 of the Code of Civil Procedure, without specifying any particular question. See Commercial Bank v. Sherwood, 162 N. Y. 310, 56 N. E. 834.

In re WHITE. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) In the matter of the application of John A. White for admission to the bar. No opinion. Application granted.

WILLETTS, Appellant, v. OTISCO & C. TEL. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by William A. Willetts against the Otisco & Cedarville Telephone Company, etc. No opinion. Judgment of County Court affirmed, with costs.

WILLIAMS, Respondent, v. SYRACUSE, L. & B. RY., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Jenet C. Williams, an infant, by guardian, etc., against the Syracuse, Lakeside & Baldwinsville Railway. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to Court of Appeals denied.

WILSON, Respondent, v. WILLIAMS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by William C. Wilson against Charles H. Williams and another. C. P. Howland, for appellants. H. Wallis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WILSON v. WILSON et al. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) Action by Edward C. Wilson, an infant, by Eliza J. Sponenberg, his guardian ad litem, against Winfield Wilson and others. No opinion. Motion granted.

In re WILSON'S ESTATE. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) In the matter of the estate of Mary Sutherland Wilson, deceased. No opinion. Motion granted.

WISE et al., Respondents, v. NEW YORK ELEVATED R. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Adelia Wise and another against the New York Elevated Railroad Company. F. Allis, for appellant. A. B. Smith, for respondents. No opinion. Judgment affirmed, with costs.

ZELTNER v. HENRY ZELTNER BREWING CO. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by William H. Zeltner individually and as executor, etc., against the Henry Zeltner Brewing Company. No opinion. Application for leave to appeal to the Court of Appeals granted, and questions certified as formulated in the brief for the Yorkville Bank.

ZIMMERMAN v. MEYROWITZ. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Charles L. Zimmerman against Emil B. Meyrowitz. No opinion. Motion denied, with $10 costs.

PUTNAM et al., Appellants, v. PUTNAM et al., Respondents. (Supreme Court, Appellate Division, Third Department. December 9, 1902.) Action by John Lewis Putnam and others against John R. Putnam and others. No opinion. Motion denied. See 78 N. Y. Supp. 987.